UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN, an Illinois Corporation, | : : : : CASE NO. 1:17-cv-04156 |
| Plaintiff, | : : CIVIL ACTION |
| vs. | : : |
| INTEGRA TRANSPORT, LLC., an Illinois LLC, | : : : |
| Defendant. | : |

**MOTION FOR AN ORDER FOR DEFAULT JUDGMENT**

The undersigned applies to the above-named Court, at the Courthouse before the Honorable John Robert Blakey, U.S.D.J. at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 on Thursday, July 20, 2017, at 9:45 a.m. in Courtroom 1725, for an Order of Default Judgment against defendant, INTEGRA TRANSPORT, LLC., an Illinois LLC.

In support of this motion, the undersigned shall rely on the attached Certification in support of motion for entry of order for Default Judgment against **INTEGRA TRANSPORT, LLC.,** an Illinois LLC, in favor of Plaintiff **ILLINOIS CENTRAL RAILROAD COMPANY** in the sum of **$10,650.00**.

Dated: July 10, 2017.

CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Attorneys for Wisconsin Central Ltd.

By:\_\_\_s/ John K. Fiorilla_____
John K. Fiorilla, Esq.  #6463
8000 Midlantic Drive, Suite 300 S
Mount Laurel, N.J.  08054
Tel:  (856) 914-2054
Fax: (856) 235-2786
jfiorilla@capehart.com

Richard M. Kates, Esq. (#1411438)
Attorney for Wisconsin Central Ltd.
111 W. Washington Street – Suite 1900
Chicago IL 60602
Tel: (312) 236-0267